## Commonwealth *v.* Parsons, Appellant.

Submitted December 6, 1971. *Edward Blumstein,* and *Elkman, Blumstein and Block,* for appellant; *Steven H. Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.